# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:18CR28 |
| vs. | |
| ELMER ALEXANDER ANDRADE, | ORDER |
| Defendant. | |

**THIS MATTER** is before the court on the motion of Thomas A. Wagoner to withdraw as counsel for the defendant, Elmer Alexander Andrade (Filing No. 26). Timothy L. Ashford has filed an entry of appearance as retained counsel for Elmer Alexander Andrade. Thomas A. Wagoner's motion to withdraw (Filing No. 26) is granted.

Thomas A. Wagoner shall forthwith provide Timothy L. Ashford any discovery materials provided to the defendant by the government and any such other materials obtained by Mr. Wagoner which are material to Elmer Alexander Andrade's defense.

The clerk shall provide a copy of this order to Timothy L. Ashford.

**IT IS SO ORDERED.**

Dated this 19th day of March, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge