IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELMER ALEXANDER ANDRADE and<br>JUAN CARLOS CAMACHO,<br><br>Defendants. | 8:18CR28<br><br>ORDER |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 97) of the Indictment (Filing No. 1) regarding $17,820 in United States currency that was administratively forfeited by the Federal Bureau of Investigation. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 97) is granted.
2. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 9th day of May 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge